UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

FRANK CORRIDORE,

    Petitioner

v.                                                      Case No. 2:21-cv-10834

HEIDI WASHINGTON, Director,
    Michigan Department of Corrections,

    Respondent.

_____/

## NOTICE OF APPEAL

Petitioner Frank Corridore, by and through his attorney, Alona Sharon, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the judgment of the United States District Court, Eastern District of Michigan, of March 25, 2022, by the Hon. Paul D. Borman, denying the Petition for Writ of Habeas Corpus for a state prisoner under 28 U.S.C. §2254.

                                              Respectfully Submitted

                                              /s/Alona Sharon
                                              ALONA SHARON (P68782)
                                             Attorney for Petitioner-Appellant
                                             28411 Northwestern Highway
                                             Suite 875
                                             Southfield, MI 48034
                                             (248) 545-4755
                                             alonamac@aol.com

DATED:  April 11, 2022

# CERTIFICATE OF SERVICE

Notice of appeal was served on Michigan Attorney General's Office on 4-11-2022, by the Court's ECF filing system.

> Respectfully Submitted
>
> /s/Alona Sharon
> ALONA SHARON (P68782)
> Attorney for Petitioner-Appellant
> 28411 Northwestern Highway
> Suite 875
> Southfield, MI 48034
> (248) 545-4755
> alonamac@aol.com

DATED: April 11, 2022