# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 17, 2023

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

      Re: Case No. 22-1301, *Frank Corridore v. Heidi Washington*
           Originating Case No. : 2:21-cv-10834

Dear Ms. Essix,

  Enclosed is a copy of the mandate filed in this case.

                                Sincerely yours,

                                s/Paris LaRon Robinson
                                for Michelle Lambert, Case Manager

cc: Ms. Miriam J. Aukerman
     Ms. Allison Beth Frankel
     Mr. Eric Jenkins
     Mr. Daniel S. Korobkin
     Mr. Jonathan M. Manes
     Mr. John S. Pallas
     Mr. Rohit Subramaniam Rajan
     Ms. Devi Rao
     Ms. Trisha Trigilio

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 22-1301

_____

Filed: July 17, 2023

FRANK CORRIDORE

    Petitioner - Appellant

v.

HEIDI E. WASHINGTON

    Respondent - Appellee

## MANDATE

    Pursuant to the court's disposition that was filed 06/23/2023 the mandate for this case hereby issues today.

COSTS: None